**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

───────────

**No. 21-1214**

───────────

ANA PATRICIA UMANZOR-MEJIA; K.N. B-U,

        Petitioners,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

───────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────

Submitted:  February 11, 2022              Decided:  March 17, 2022

───────────

Before WYNN and DIAZ, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Petition denied by unpublished per curiam opinion.

───────────

**ON BRIEF:**  Mark J. Devine, DEVINE & BEARD LAW OFFICE, Charleston, South Carolina, for Petitioners.  Brian Boynton, Assistant Attorney General, Sabatino F. Leo, Assistant Director, Madeline Henley, Trial Attorney, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ana Patricia Umanzor-Mejia and her daughter, K.N. B-U ("Petitioners"), both natives and citizens of Honduras, petition for review of a February 12, 2021, order of the Board of Immigration Appeals ("Board") denying their motion for reconsideration and declining to reopen their proceedings. In their opening brief, however, Petitioners neither address our standard for reviewing the February 12 order nor challenge the Board's reasons for denying reconsideration and reopening. Indeed, Petitioners' opening brief does not even mention the February 12 order. We thus conclude that Petitioners have abandoned any challenge to that order. *See Hensley ex rel. N.C. v. Price*, 876 F.3d 573, 580 n.5 (4th Cir. 2017) (recognizing that failure to raise argument in opening brief constitutes abandonment of that argument under Fed. R. App. P. 28(a)(8)(A), and emphasizing that it is not an appellate court's "job to wade through the record and make arguments for either party" (internal quotation marks omitted)); *Suarez-Valenzuela v. Holder*, 714 F.3d 241, 248-49 (4th Cir. 2013) (explaining that failure to raise issue in opening brief constitutes abandonment of issue). And because the Board's February 12, 2021, order is the only order over which we may exercise jurisdiction, we deny the petition for review.[*]

---

[*] Petitioners' opening brief (and sole appellate brief) challenges the Board's September 23, 2020, order dismissing their appeal from the immigration judge's denial of their continuance motion. Petitioners never petitioned this court for review of the September 23 order. *See* 8 U.S.C. § 1252(b)(1); *Stone v. INS*, 514 U.S. 386, 405 (1995).

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*